ACCEPTED
14-15-00956-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 5:18:17 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00956-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH COURT OF APPEALS OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 5:18:17 PM
CHRISTOPHER A. PRINE
Clerk

IN RE MASTER FLO VALVE INC. AND MASTER FLO VALVE (USA), INC.

*Relators*.

On Petition for Writ of Mandamus
To the 80th District Court, Harris County, Texas
*Alpha Solutions S.A. de C.V., et al. v. Master Flo Valve Inc., et al.*,
No. 2014-00695
The Honorable Larry Weiman presiding

**RELATORS' OPPOSITION TO MOTION FOR LEAVE TO FILE SUR-REPLY OF REAL PARTIES IN INTEREST**

Gabriela Vega
State Bar No. 24084014
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6642
Facsimile: (214) 661-4642

Michael B. Bennett
State Bar No. 00796196
Aaron M. Streett
State Bar No. 24037561
Dustin Appel
State Bar No. 24058819
J. Mark Little
State Bar No. 24078869
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1209
Facsimile: (713) 229-2709

ATTORNEYS FOR RELATORS

## ARGUMENT

Master Flo opposes Alpha's Motion for Leave to File Sur-reply both because it is a departure from the normal appellate procedures and because it improperly seeks to offer new arguments and authorities that could have been included in its Response as part of the normal briefing schedule. The Texas Rules of Appellate Procedure contemplate a petition for writ of mandamus, a response, and a reply. *See* Tex. R. App. P. 52. There is no mention of a sur-reply. Yet Alpha seeks to file a sur-reply and depart from this briefing structure based on nothing more than the fact that it wants to have the last word and add new arguments and authorities it could have easily included in its Response. This tactic is improper, and it does not justify granting leave to file a sur-reply.

Moreover, the focal point of Alpha's sur-reply is irrelevant to these proceedings. Alpha seeks to argue that a 2012 joint motion filed in a patent case in the United States District Court for Eastern District of Texas, in which Baker Botts represented one of the parties, supplies precedent for the trial court's discovery order in this case and somehow undermines Master Flo's arguments. But the motion Alpha cites was premised on a model order applicable only in the Eastern District of Texas—and only in patent cases at that. *See* Appendix of Sur-reply at 10 (explaining that "the Court directed the parties to review the Court's Model Order [Regarding E-Discovery in Patent Cases]"); *id.* at 25-29 (the "[Model] Order

1

Regarding E-Discovery in Patent Cases"). Thus, this new alleged precedent Alpha is so desperate to get before the Court relates exclusively to unique e-discovery procedures applied in *one federal district, for patent cases only*. Thus, in addition to being something Alpha could have raised in its Response, the motion is inapposite to the question of appropriate court-ordered discovery in *Texas state courts in ordinary civil litigation*. No authority—much less a model patent order from the Eastern District of Texas and the other federal district court cases cited by Alpha—support a Texas state court's authority to order a broad-ranging keyword search across "across all email systems and electronic files" under terms and conditions to be set by the court, without first finding discovery abuse or malfeasance.

Alpha's Motion for Leave to File Sur-reply is nothing more than an attempt to get the last word in contravention of the normal briefing practice and to introduce additional arguments and authorities that, if compelling, could and should have been included in Alpha's Response. Accordingly, this Court should deny leave to file a sur-reply.

## PRAYER

For these reasons, Relators pray that the Court deny Alpha's Motion for Leave to File Sur-reply. Relators also pray for such further relief to which they may be justly entitled.

Respectfully submitted,

BAKER BOTTS L.L.P.

By:  */s/ Aaron M. Streett*

     Michael B. Bennett
     State Bar No. 00796196
     Aaron M. Streett
     State Bar No. 24037561
     Dustin Appel
     State Bar No. 24058819
     J. Mark Little
     State Bar No. 24078869
     BAKER BOTTS L.L.P.
     910 Louisiana Street
     Houston, Texas 77002
     Telephone: (713) 229-1209
     Facsimile: (713) 229-2709

     Gabriela Vega
     State Bar No. 24084014
     BAKER BOTTS L.L.P.
     2001 Ross Avenue, Suite 600
     Dallas, Texas 75201
     Telephone: (214) 953-6642
     Facsimile: (214) 661-4642

    COUNSEL FOR RELATORS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Opposition to Motion for Leave to File Sur-reply of Real Parties in Interest was served on all parties by the means listed below on the 17th day of December 2015, addressed as follows:

John D. Sheppard
State Bar No. 24051331
Nicholas A. Morrow
State Bar No. 24051088
3701 Kirby Drive, Suite 840
Houston, Texas 77098
Telephone: (713) 489-1206
Facsimile: (713) 893-8370
*(by EFile)*

*Counsel for Real Parties in Interest*

The Honorable Larry Weiman
Harris County Civil Courthouse
201 Caroline, 9th Floor
Houston, Texas 77002
(713) 368-6100
*(by Hand Delivery)*

*Respondent*

/s/ Aaron M. Streett
Aaron M. Streett